# UNITED STATES DISTRICT COURT

Southern **District of** California

CHRISTOPHER VOPATEK
                Plaintiff (s),

V.

USAA CASUALTY INSURANCE COMPANY
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:23-cv-01221-BAS-JLB

Notice is hereby given that, subject to approval by the court, USAA Casualty Insurance Company substitutes
(Party (s) Name)

Christopher T. Hicks of Nicolaides et al. LLP , State Bar No. 300462 as counsel of record in
(Name of New Attorney)

place of Joshua N. Kastan and Jessica R. Marshall of DKM Law Group, LLP .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Nicolaides Fink Thorpe Michaelides Sullivan LLP
    Address: 4225 Executive Square, Ste. 1250, La Jolla, CA 92037
    Telephone: (858) 257-0706     Facsimile (858) 257-0701
    E-Mail (Optional): chicks@nicolaidesllp.com

I consent to the above substitution.
Date: 10/2/2025

Collin J. Hite
*Digitally signed by Collin J. Hite*
*Date: 2025.10.02 16:12:59 -04'00'*

on behalf of USAA Casualty Insurance Company
(Signature of Party (s))

I consent to being substituted.
Date: 10/2/2025

Joshua N. Kastan
*Digitally signed by Joshua N. Kastan*
*Date: 2025.10.02 13:24:49 -07'00'*

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/2/2025

Christopher T. Hicks
*Digitally signed by Christopher T. Hicks*
*Date: 2025.10.02 13:19:18 -07'00'*

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 10/20/2025

*Cynthia Bashant*
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**